UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN HAGAN, Individually and as Administrator of the Estate of Laray Renshaw, | ) ) ) | CASE NO. 1:06CV2507 |
| Plaintiff, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | |
| CITY OF CLEVELAND, et al., | ) ) | ORDER |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J**.:

A review of the docket indicates Defendant John T. Franko moved for summary judgment, in part on the basis of qualified immunity. (ECF DKT #13). In opposition, Plaintiff Hagan filed a Motion for Discovery to respond to Franko's assertion of qualified immunity. (ECF DKT #14). On March 9, 2007, this Court referred the Motion for Discovery to the Magistrate Judge for ruling. Thereafter, on March 22, 2007, the Magistrate Judge issued his ruling, granting the discovery motion in part and denying it in part. He found "limited discovery into facts underlying the assertion of qualified immunity is appropriate. That discovery shall be limited to that evidence which would directly relate to the disputed events on the stairway that led to Renshaw's death." Further, "Hagan is directed to narrow

his discovery requests in light of this ruling, and to propound such amended requests to the defendants."

Since there have been no additional filings or motions, the Court must assume compliant discovery requests were issued, and answers were provided in the months since the Magistrate Judge's ruling.  Therefore, now that Plaintiff possesses the needed discovery, he is ordered to file his Brief in Opposition to Summary Judgment by August 7, 2007.  Any reply is due on or before August 17, 2007.

**IT IS SO ORDERED.**

**DATE: July 30, 2007**

    **s/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**