# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRIAN HAGAN, etc.,** ) | **CASE NO. 1:06CV2507** |
| ) | |
| **Plaintiff,** ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **CITY OF CLEVELAND, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**CHRISTOPHER A. BOYKO, J. :**

Based upon the representations of Plaintiff's counsel in the letter of July 31, 2007, entered as ECF DKT #22, the Court vacates its Order requiring Plaintiff to file his Brief in Opposition to Defendant's Motion for Summary Judgment by August 7, 2007. (ECF DKT #21).  Moreover, upon advice of defense counsel, Defendant Franko's Motion for Summary Judgment (ECF DKT #13) is withdrawn, with the right to move for reinstatement if the settlement of the captioned matter is not accomplished.  Counsel shall file a joint status report by August 31, 2007, and inform the Court of the status of probate court approval of the proposed settlement.

**IT IS SO ORDERED.**

**DATE: August 3, 2007**

> s/Christopher A. Boyko
> **CHRISTOPHER A. BOYKO**
> **United States District Judge**