UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN HAGAN, Individually and ) CASE NO. 1:06CV2507
as Administrator of the Estate of )
LARAY RENSHAW, )
      Plaintiff, ) JUDGE CHRISTOPHER A. BOYKO
)
vs. )
)
CITY OF CLEVELAND, et al., ) ORDER
)
      Defendants. )

The Court has been advised this action has settled and Probate Court approval of the settlement is forthcoming. Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

IT IS SO ORDERED.

9/4/07
Date

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
United States District Judge

FILED
SEP 04 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND